NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FELIPE GRIFALDO,               )
                               )
            Appellant,         )
                               )
v.                             )          Case No. 2D17-3987
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for DeSoto County; Don T. Hall,
Judge.

Felipe Grifaldo, pro se.


PER CURIAM.

        Affirmed.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004); State v. King,

426 So. 2d 12 (Fla. 1982); Grifaldo v. State, No. 2D16-4199, 2017 WL 922356 (Fla. 2d

DCA Mar. 8, 2017) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000);

State v. Broom, 523 So. 2d 639 (Fla. 2d DCA 1988); Farrell v. State, 62 So. 3d 20 (Fla.

1st DCA 2011); Branch v. State, 990 So. 2d 585 (Fla. 3d DCA 2008); Thier v. State, 967

So. 2d 259 (Fla. 3d DCA 2007).


NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.